[No. 36855-2-II.   Division Two.   January 6, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES GRUBBS, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 06-1-01351-4, Robert L. Harris, J., entered September 28, 2006. *Affirmed* by unpublished opinion per Penoyar, A.C.J., concurred in by Bridgewater and Quinn-Brintnall, JJ.

[No. 37121-9-II.   Division Two.   January 6, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. GREGORY LAMMAR LEVINGSTON, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 07-1-00862-2, Leila Mills, J., entered November 26, 2007. *Affirmed* by unpublished opinion per Penoyar, A.C.J., concurred in by Bridgewater and Hunt, JJ.

[No. 37243-6-II.   Division Two.   January 6, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL A. STROMBERG, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 07-1-00487-4, Toni A. Sheldon, J., entered January 7, 2008. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Penoyar, A.C.J., and Armstrong, J.

[No. 37287-8-II.   Division Two.   January 6, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. ALVIN DAVID PENNER, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 07-1-01891-3, Roger A. Bennett, J., entered January 7, 2008. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Armstrong and Hunt, JJ.